UNITED STATES DISTRICT COURT

EASTERN _____ **District of** _____ CALIFORNIA

DONNA VERNON,
              Plaintiff

    V.

COMMISSIONER of SOCIAL SECURITY,
          Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE      1:11-AT-00806

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this   21st   day of      December     ,   2011   .

                       /s/ Barbara A. McAuliffe
                          Signature of Judicial Officer

        BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                    Name and Title of Judicial Officer